IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
|---|---|---|
| v. | : | DATE FILED: |
| PIERRE DUPREE PERRY | : | VIOLATIONS: 21 U.S.C. § 841(a)(1) (Possession of cocaine base ("crack") with intent to distribute - 1 count) |
| | : | |
| | : | 18 U.S.C. § 924(c) (Possession of a firearm in furtherance of a drug trafficking crime - 1 count) |
| | : | |
| | : | 18 U.S.C. § 922(g)(1) (Possession of a firearm by a convicted felon - 1 count) |
| | : | Notice of Forfeiture |

**I N D I C T M E N T**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about May 18, 2008, in Coatesville, in the Eastern District of Pennsylvania, defendant

**PIERRE DUPREE PERRY**

knowingly and intentionally possessed with the intent to distribute 50 grams or more, that is approximately 91.8 grams, of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 18, 2008, in Coatesville, in the Eastern District of Pennsylvania, defendant

**PIERRE DUPREE PERRY**

knowingly possessed a firearm, that is, a Taurus .357 Magnum revolver, serial number TH827493, loaded with six live rounds of ammunition, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute cocaine base ("crack"), in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 18, 2008, in Coatesville, in the Eastern District of Pennsylvania, defendant

**PIERRE DUPREE PERRY**

having been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate commerce, a firearm, that is, a Taurus .357 Magnum revolver, serial number TH827493, loaded with six live rounds of ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

As a result of the violation of Title 18, United States Code, Sections 924(c) and 922(g)(1), set forth in this indictment, defendant

## PIERRE DUPREE PERRY

shall forfeit to the United States of America the firearm and ammunition involved in the commission of these offenses, including, but not limited to:  a Taurus .357 Magnum revolver, serial number TH827493, loaded with six live rounds of ammunition which were loaded in the firearm.

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
**FOREPERSON**

_____
**LAURIE MAGID**
**Acting United States Attorney**